**LAW OFFICES OF C. JOE SAYAS, JR.**
**C. JOE SAYAS, JR.** (Bar No. 122397)
**KARL P. EVANGELISTA** (Bar No. 250685)
500 N. Brand Boulevard, Suite 980
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955
cjs@joesayaslaw.com
kpe@joesayaslaw.com

**HAYES PAWLENKO LLP**
Matthew B. Hayes (SBN: 220639)
Kye D. Pawlenko (SBN: 221475)
595 East Colorado Blvd., Suite 303
Pasadena, California 91101
(626) 808-4357; FAX (626) 921-4932
mhayes@helpcounsel.com
kpawlenko@helpcounsel.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAYLING TAYLOR, an individual, and BRUCE BROWN, an individual, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SHIPPERS TRANSPORT EXPRESS, INC., a California corporation; SSA MARINE, INC., a Washington corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: CV13-02092-BRO(PLAx)<br>Hon. Beverly Reid O'Connell<br>Complaint filed: January 31, 2012<br><br>**CLASS ACTION**<br><br>**CLASS REPRESENTATIVE BRUCE BROWN'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　June 16, 2014<br>Time:　1:30 p.m.<br>Location:　Courtroom 14 – Spring St. |

///

///

///

i

CLASS REPRESENTATIVE BRUCE BROWN'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on June 16, 2014 at 1:30 p.m., in Courtroom No. 14 of the above-captioned Court, Class Representative Bruce Brown ("Plaintiff") will, and hereby does, move the Court for an Order granting Plaintiff partial summary judgment as follows:

- The class members are employees of Defendant Shippers Transport Express, Inc. ("STE") because undisputed facts demonstrate that STE cannot, as a matter of law, satisfy its burden of showing that the class member are independent contractors as alleged in its Second Affirmative Defense.

Plaintiff's motion for partial summary judgment is brought pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, and is made upon the grounds that there is no dispute as to the material facts demonstrating that STE cannot, as a matter of law, establish that the class members were properly classified as independent contractors.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 18, 2014, and is based upon this Notice, the accompanying Memorandum of Points & Authorities filed concurrently herewith, the Declaration of Matthew B. Hayes, Esq. and exhibits thereto filed concurrently herewith, all other evidence submitted with this motion, all records and pleadings on file in this action, and on such evidence and argument as may be presented at the hearing.

Respectfully submitted,

DATED: April 28, 2014     **HAYES PAWLENKO LLP**

By: /s/ Matthew B. Hayes     .
    Matthew B. Hayes
    Attorneys for Plaintiffs

- 1 -

CLASS REPRESENTATIVE BRUCE BROWN'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT