JAMES J. MCMULLEN, JR. (SBN: 095853)
jmcmullen@gordonrees.com
STACEY M. COOPER (SBN: 226012)
scooper@gordonrees.com
GORDON & REES LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAYLING TAYLOR, an individual, and BRUCE BROWN, an individual on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHIPPERS TRANSPORT EXPRESS, INC., a California corporation, SSA MARINE, a Washington corporation, and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No.: 13-CV-02092-BRO(PLAx)<br><br>*Honorable Beverly Reid O'Connell*<br><br>Complaint filed:   January 31, 2012<br><br>Removed from:<br><br>Superior Court of the State of California for the County of Los Angeles Case No.: BC477047<br><br>**DECLARATION OF JOE SALINAS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:   July 21, 2014<br>Time:   1:30 PM<br><br>Discovery Cutoff Date: 9/22/2014<br>Trial Date: 12/01/2014 |

I, Joe Salinas, declare as follows:

1. I am currently an administrator in the Operations Department of Shippers Transport Express, Inc. ("STE"), one of the defendants in this action, at its facility in Southern California. I have personal knowledge of the facts set forth below, and if called as a witness I could and would competently testify thereto under oath.

-1-

Declaration of Joe Salinas                                     Case No.: 13-CV-02092-BRO(PLAx)

2. I act as a dispatcher for STE's Southern California location. I have worked in operations since 1996. I have worked as a dispatcher both at night and during the day.

3. When I joined STE in 1996, virtually all deliveries were accomplished by sub-hauling. Deliveries were dispatched to independent owner operators and small trucking companies. There were very few exceptions, if any.

4. In about 2008, many independent owner/operators to whom we dispatched loads began to complain that their trucks were being made useless by the new air quality standards set forth by the California Air Resources Board ("CARB"). At the same time, the ports of Long Beach and Los Angeles were considering placing additional burdens on trucking companies which would harm the independent owner/operators.

5. During this time, STE tried to keep its business going by sub hauling to a unionized company called Maritech Leasing, Inc. ("Maritech"), a separate and distinct company from STE. During this time, many independent owner operators asked whether STE could start a new lease program to assist them in dealing with the hardship created by the new CARB air quality standards.

6. Eventually, to assist the owner/operators who could not afford to own an eco-diesel tractor worth over $100,000, STE started the lease program.

7. To my knowledge, STE never reclassified drivers from employees to independent contractors. As long as I have worked for STE, it has used a broker or sub-hauler business model. I have always dispatched ocean container delivery assignments to independent owner/operators and trucking companies. After 2010, some of the independent operators leased their trucks from STE.

8. STE is known by the industry and its customers to use this sub-hauler or broker of loads model.

9. As a dispatcher, I offer transportation moves to trucking companies and the truckers we deal with, whether it be an independent contractor,

-2-

Declaration of Joe Salinas                                           Case No.: 13-CV-02092-BRO(PLAx)

owner/operator or trucking company. (STE has no employee drivers.) I also try to solve customer problems when I am contacted. I do not handle safety issues unless a customer calls and expresses an urgent safety concern or makes a complaint.

10. STE does not provide any instructions to the drivers regarding how to run their trucking businesses. STE does not provide tax advice, standardized small business manuals, licensing services, or any business advice. Just like we do not tell them how to perform their work, we do not tell them how to run their businesses, nor do we require that they run their businesses in any specific way. I never instruct drivers on how to pick up a load. I do not instruct drivers on how to drive their trucks. To my knowledge, STE does not provide drivers with standardized operations manuals, instruction booklets, or other instructions on how to operate their trucks or run their businesses.

11. The drivers we work with are all experienced professional commercial drivers. The drivers do not have any set schedules or days or hours of work. Drivers come and go as they please, based on personal situations and decisions.

12. Drivers ask for specific loads or destinations all the time. They also refuse to haul loads and are not retaliated against if they do so. I take into account their preferences for the types of loads they prefer as well as the distance and places they prefer to travel. Drivers are allowed to express these preferences and negotiate different terms relating to the loads offered to them or decline loads without fear of retaliation. In fact, I do not even know how a dispatcher could retaliate against a driver.

13. STE pays the drivers a flat rate per transportation assignment upon presentation of bills of lading or other proofs of delivery. The drivers are in business for themselves, and I do not give any instructions on the manner in which they should haul cargo or on how to run their business. The drivers assume certain costs of running their businesses and have the opportunity to make a profit, or a loss, depending on individual decisions they make. They tell me this all the time.

-3-

Declaration of Joe Salinas                                    Case No.: 13-CV-02092-BRO(PLAx)

1 For instance, they say that a particular run is not worth the time or fuel cost and
2 eats up their profit.
3      14.    I have a phone, a computer, and a chair. I cannot monitor drivers and
4 I only know what drivers are doing if someone calls to complain.
5      15.    Some drivers are very sophisticated and seem to have a plan for the
6 day or night. Some will ask me for certain loads or return after they make a
7 delivery and others seem to just take what comes up next.
8      16.    Drivers always have the ability to, and do at times, ask for the rates of
9 particular loads offered. Drivers negotiate rates with me on almost a daily basis.
10 For instance, a driver will tell me a certain load is worth more than the rate being
11 offered. They will tell me "that is not enough money for a particular load" and
12 sometimes they will tell me that to haul a particular load, they need to be paid X,
13 not Y. They may refuse a load and sometimes we have no choice but to pay more
14 or ask the customer to pay more as a result of negotiations with the drivers. This
15 also happens with large sub-hauler trucking companies.
16      17.    The amount of money a customer pays STE is set by the market rate
17 in the industry and what the customer is willing to pay. STE gives the majority of
18 the freight paid by the customer to the driver's business. As discussed above,
19 independent drivers and trucking companies often negotiate for a higher rate.
20 However, if the customer will not increase the rate and the driver will not deliver
21 for that rate, I must tell the customer we cannot transport the load.
22      18.    Drivers are also free to shop around for their own insurance and fuel.
23 If they can find a better deal or more desirable rate, they are free to buy or haul
24 anywhere they want.
25 / / /
26 / / /
27 / / /
28 / / /

-4-

Declaration of Joe Salinas          Case No.: 13-CV-02092-BRO(PLAx)

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

1     I know each of the above matters based upon my own personal knowledge
2 gained dealing with the independent truckers or I have opined based upon
3 information and belief that I have set forth herein.
4     I declare under penalty of perjury under the laws of the United States that
5 the foregoing is true and correct to the best of my knowledge and belief.
6     Executed this ___ day of June 2014 in Carson, California.

*Joe Salinas*

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

1078185/19766839v.1

Declaration of Joe Salinas      Case No.: 13-CV-02092-BRO(PLAx)