JAMES J. MCMULLEN, JR. (SBN: 095853)
jmcmullen@gordonrees.com
STACEY M. COOPER (SBN: 226012)
scooper@gordonrees.com
GORDON & REES LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants SSA MARINE, INC. AND SHIPPERS TRANSPORT EXPRESS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAYLING TAYLOR, an individual, and BRUCE BROWN, an individual on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHIPPERS TRANSPORT EXPRESS, INC., a California corporation, SSA MARINE, a Washington corporation, and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No.: 13-CV-02092-BRO(PLAx)<br><br>*Honorable Beverly Reid O'Connell*<br><br>Complaint filed: January 31, 2012<br><br>Removed from:<br><br>Superior Court of the State of California for the County of Los Angeles Case No.: BC477047<br><br>**DECLARATION OF GUY SANDERSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: July 21, 2014<br>Time: 1:30 PM<br><br>Discovery Cutoff Date: 9/22/2014<br>Trial Date: 12/01/2014 |

I, Guy Sanderson, declare as follows:

1.  I am currently the general manager of Shippers Transport Express, Inc. ("STE"), one of the defendants in this action, at its facility in Oakland, California. I know each of the following based upon my own personal knowledge and were I called as a witness, I would and could testify thereto under oath.

-1-

Declaration of Guy Sanderson    Case No.: 13-CV-02092-BRO(PLAx)

2. I have a Class A Driver's License also known as a commercial driver's license ("CDL"). I have been in the trucking and transportation business since approximately 1977.

3. I have been the general manager of STE since 2009. I have been a trucker and have had my CDL since the age of 19.

4. Prior to joining STE, I was a commercial truck driver represented by the Teamsters Union. When I applied for employment at STE, I made it clear that I was looking for a job as an employee. I was retained to operate yard trucks and heavy equipment at the STE facility in Oakland and on some of the surrounding property for an hourly wage. STE made it clear to me that it did not have employee drivers on the road. Instead, it sub-hauled. (But I already knew that.)

5. The STE facility in Oakland is approximately 40 acres. This facility includes a storage yard for the storage of ocean containers.

6. During the time I was employed as a yard driver at STE, I drove forklifts, side picks, and yard trucks. Those vehicles were not street legal and were only used for handling containers within the STE yard. Essentially, the employees of STE were stuffing, unstuffing, and rearranging loads in containers to make them roadworthy or seaworthy.

7. STE stores various commodities (via containers) at its yard in Oakland.

8. Drivers who want to haul loads dispatched by STE are given several options. A driver can choose to use his/her own truck, lease a truck from STE (the lease program was started in 2010-2011 at the request of a few owner/operators with obsolete trucks), or lease a truck from somewhere else. The trucks available to the drivers through STE are not uniform. There are several different models and types, which are used for different purposes. For instance, one type of truck has a cabover sleeper used for long hauls. Additionally, the leases in Oakland are per week.

-2-

Declaration of Guy Sanderson                                    Case No.: 13-CV-02092-BRO(PLAx)

9.    After leasing a truck, a driver then informs STE dispatch of his/her availability and requests loads to haul. STE dispatch then offers loads to drivers who can then either accept the load or turn it down. The types of loads also vary, depending on the driver's endorsements. Drivers ask for specific loads or destinations all the time. They also refuse to haul loads. I take into account their preferences for the types of loads they prefer as well as the distance and places they prefer to travel. (In fact, a list is kept with different driver preferences for purposes of speeding up the dispatching.) A few years ago, a small group of drivers came to me and asked me to solicit work in a specific location (Weed, California). In this instance, STE acted like a broker for these drivers and acquired customers with deliveries to the desired location per their requests. This does happen on occasion. The opposite has also happened, wherein a small group of drivers came to me and asked me to drop certain customers because they found hauling to that location undesirable for one reason or another.

10.    STE pays the drivers the sum agreed upon per load upon presentation of bills of lading or other proofs of delivery. Generally, Oakland has no drayoffs. The drivers are in business for themselves and assume certain costs of running their businesses and have the opportunity to make a profit, or a loss, depending on individual decisions made by the drivers. They tell me this all the time. For instance, drivers say a run is not worth the time or fuel cost and eats up their profit. STE does not provide any instructions to the drivers regarding how to run their trucking businesses. We do not provide tax advice nor give them any standardized small business manuals, licensing services, or any business advice.

11.    Likewise, STE does not require that drivers run their businesses in any specific way. Drivers are not given a set schedule or told to arrive at a certain time but dispatch opens at 7:00 a.m. They can stop hauling for STE for any amount of time without notice and without repercussion. I never instruct drivers on how to pick up a load or what route to take. They are only restricted in the available

routes by local, state, and/or federal law. I do not instruct drivers on how to drive their trucks or interact with customers. They do not wear uniforms. No safety checks occur with respect to speed or load status checks upon request by a customer. Drivers must purchase fuel from third party sources. We have no fuel in Northern California. To my knowledge, STE does not provide drivers with standardized operations manuals, instruction booklets, or other instructions on how to operate their trucks or run their businesses.

12. Many lease drivers are current or former truck owners or are in the process of purchasing a truck to run commercial trucking businesses. One way I know this is I store some of their trucks at our yard when they are leasing or not using them.

13. I have personal knowledge of the fact that virtually every driver has at one time or another refused a load during the time when he/she is either operating his/her own rig or leasing a rig and being dispatched by STE dispatchers. STE's drivers who lease a truck from STE usually lease the truck for one week at a time. Consequently, they are not required to appear at any particular time at STE. If they park the truck at STE, they have access to it and may take it at any time.

14. Drivers have never been "punished" or "terminated" for refusing to take a load. Loads are dispatched to trucking companies with many drivers, to independent owner/operators, and to lease drivers in the same basic fashion. There is no ability of STE to "punish" anyone for any particular behavior. Additionally, there are no start or stop times and no drivers are told there is no more work for them if there is still cargo to be dispatched. STE sometimes reminds drivers about their Department of Transportation ("DOT") obligations. This is because the DOT obligations are tracked for both the dispatching entity and the truck driving entity.

15. On occasion, drivers have asked about using the STE's truck for other types of work. I have always explained how to do that. If a driver leases a truck from STE, he does not have to haul only for STE, but he gets a discount if he does.

16. Some drivers in Oakland drive in and out of the state. If deemed employees, STE would have to adhere to separate standards of pay for when people are driving in and out of various state jurisdictions as required. Moreover, now that local areas, such as San Francisco, are passing their own wage and hour standards and minimum wage requirements, STE will be subject to even more hardship when trying to comply with the patchwork regulation and pay requirements.

17. The amount of containers moved by STE varies. Therefore, it does not maintain a standard fleet of truck drivers and the mix of haulers (independent contractors versus owner/operators) varies on a day-to-day basis. Prior to the California Air Resource Board problems, STE owned no over the road trucks.

18. STE's Oakland location maintains a safety department to ensure compliance with Federal Motor Carrier Safety Regulations, DOT regulations, and other laws mandated by the federal government or California. If STE does not comply with federal regulations, it risks disqualification from the motor carrier business by the DOT. However, the amount of safety oversight performed is only what is required by law under our circumstances. Also, STE in Oakland does not reprimand drivers for safety issues nor does it keep track of safety violations of drivers.

19. Since the start of the lease program in STE's Oakland location, only two drivers have been disqualified. "Thomas" had his lease cancelled due to repeated threatening and harassing conducted directed towards Maria Banales (an employee of STE) and me. This cancellation had nothing to do with his performance of his independent contractor duties. "Ralph" had his lease cancelled after he was involved in a hit and run, which the police contacted me about. Ultimately, we tell drivers disqualifications occur for repeated safety violations of DOT federal safety laws and regulations to keep them and the public safe.

20. In STE Oakland, because the leases are weeklong, drivers are allowed

1  to smoke in them as well as leave their personal belongings in the trucks.
2  ///
3  ///
4  ///
5  ///
6  ///
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

-6-

Declaration of Guy Sanderson                     Case No.: 13-CV-02092-BRO(PLAx)

I know each of the above matters based upon my own personal knowledge or I have opined based upon information and belief that I have set forth.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this _16_ day of June 2014, in Oakland, California.

_/s/ Guy Sanderson_
Guy Sanderson

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

1078185/19818092v.1